1  Name: Aaron Hamilton
2  Address: 1453 4th Ave #1116 San Diego, CA 92101
3  Telephone Phone: 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
4  Email: aaron.aaronology-hamilton@gmail.com

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

Aaron Hamilton
Plaintiff(s),

v.

Claim Jumper
Acquisitions, LLC
Defendant(s).

Case No.: '22CV344 CAB MSB
(assigned at time of filing)

**COMPLAINT**

**FILED**
Mar 14 2022
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  s/ charlest  DEPUTY

I.  **RELATED CASES**

   a.  Do you have other Civil Case(s) in this or any other federal court?

       ☐ Yes    ☒ No

   b.  If yes, please list the case numbers here:

II.  **STATEMENT OF CLAIM** *(Briefly state the facts of your case. Describe how each defendant is involved, and tell what each defendant did to you that caused you to file this suit against them. Include names of any other persons involved, dates, and places.)*

1

Harrasment, Discrimination that lead to hostile work environment which lead to injuries and theft.
Every day I went to work I was subjected to Harrasment, Hostile work enviorment
The Discrimination and Favortism made it difficult to function.
The managers would give the "lion share" better higher paying sections and table to white or mexican employee while having me stock and prepare them for large partys.
I was forced and Harrased to clean up their section while be placed in a section that was undesirble so I would not get equal pay.
I did "All" of the cleaning, stocking, bussing even while treating for injury
I constantly told management that I was injured and need accomodation while treating for an injury it was Ignored.
there was manipulation and gaslighting to make it look like I was the bad person / would Harrass me and be hostile towards me for no reason and even accused me of theft.
My shift was sabotaged by manayement and staff constantly I was not able to get opportunity to learn, pick up shifts to make money she would stifle or prevent.
I was set up for failure and theft which looks Retaliitory.
I did everyone work but was paid the least and denied opportunity of management and injured from harrasment and poor mangement Practices

1  **III.   RELIEF YOU REQUEST** *(State exactly what you want the court to do for you.*
2  *Do not use this space to state the facts of your claim.)*
3  I would like the Judge to issue compensatory damages
   pain and suffering, emotional distress, physical impairment
4  inconvenience and loss or enjoyment in life
5  I would like liquidated and tort damages to be reviewed
   and applied by court.

1  IV.  **DEMAND FOR JURY TRIAL** *(Would you like a trial by jury on all claims*
2  *pursuant to FRCP, Rule 38?)*
3  ☒ Yes   ☐ No

5  I declare under penalty of perjury that the foregoing is true and correct.
6  3/11/2022
7  Date                                    Signature
8                                          Aeron Hamilton
9                                          Printed Name